## UNITED STATES DISTRICT COURT W.D. OF WASHINGTON AT TACOMA

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

        v.

**ROBERT L. BERRYMAN,**

        **Defendants.**

Case No.  CR05-5393

**ORDER RE: ALLEGATIONS OF VIOLATION OF CONDITIONS OF SUPERVISION**

    **THIS MATTER** comes on for an initial hearing on the Petition of the United States Pretrial Services Office alleging that the defendant has violated the conditions of supervision under bond.

    The plaintiff appears through Assistant United States Attorney,   Barb Sievers.

    The defendant appears personally and represented by counsel,   Linda Sullivan.

    The U.S. Pretrial Services Office has filed a petition alleging violations of the terms and conditions of supervision by failing to report as directed by telephone on July 27 and 28, 2005, committing the crime of misdemeanor Theft 3rd Degree on or about June 17, 2005, and failing to report his contact with Yelm Police Department; the defendant has been advised of the allegations; the defendant has been advised of his right to a hearing and the maximum consequences if found to have been in violation; and the defendant having freely and voluntarily acknowledged the alleged violations.

    **NOW THEREFORE**, the court finds the defendant has violated the conditions of his Pretrial Supervision while on release under bond, and orders that the defendant be detained for failing to show that he will not flee  or pose a danger to any other person or the community pursuant to CrR 32.1(a)(1), and CrR 46(c), to be delivered as ordered by the court for further proceedings.

    The clerks shall direct copies of this order to counsel for the United States, to counsel for the defendant, the United States Marshal and to the United States Probation Office and/or Pretrial Services Office.

    **August 4, 2005.**

*[signature]*

Karen L. Strombom
United States Magistrate Judge

ORDER
Page - 1